UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoena of the U.S. Commodity Futures Trading Commission,<br><br>Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.<br><br>Respondent. | Case: 1:07-mc-00169<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 4/30/2007<br>Description: MISC. |

FILED
APR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### APPLICANT'S MOTION TO SEAL THE DECLARATION AND EXHIBITS

Applicant U.S. Commodity Futures Trading Commission ("Commission") hereby moves for an order to seal the Declaration of Kathleen M. Banar ("Banar Declaration"), and the exhibits attached thereto, filed in this matter. Placing the Banar Declaration on the public record at this time would run counter to the public interest as these documents impart confidential information obtained by the Commission during the course of its on-going, non-public, investigation. Further, any public disclosure of the information contained in the Banar Declaration and the attached exhibits would compromise the integrity and effectiveness of the

on-going, non-public, Commission investigations.

   The proposed Order Sealing the Declaration and Exhibits (attached hereto) accomplishes this goal.

Dated: April 30, 2007      Respectfully submitted,

 Washington, D.C.

               _____
               Kathleen M. Banar (Ill. Bar No. 6200597)
               Kim Bruno (D.C. Bar No. 389899)
               United States Commodity Futures
                 Trading Commission
               1155 21st Street, N.W.
               Washington, D.C. 20581
               202.418.5000
               202.418.5531 (facsimile)

## CERTIFICATE OF SERVICE

      I, Kathleen M. Banar, hereby certify that on April ___, 2007 I caused a copy of *Applicant's Motion to Seal the Declaration and Exhibits* and proposed *Order Sealing the Declaration and Exhibits* to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

_____
Kathleen M. Banar