UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoena of the U.S. Commodity Futures Trading Commission,<br><br>Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.<br><br>Respondent. | Case: 1:07-mc-00169 (MISC.)<br>Assigned To: Urbina, Ricardo M. |

## JOINT MOTION AND STIPULATION REGARDING BRIEFING SCHEDULE

1.  Applicant U.S. Commodity Futures Trading Commission ("Commission") and Respondent McGraw-Hill Companies, Inc. ("McGraw-Hill") submit this joint stipulation and agreement regarding a briefing schedule.

2.  On April 30, 2007, the Commission filed an Application for An Order to Show Cause and An Order Requiring Compliance with Administrative Subpoena ("Motion to Compel"), together with an Application to Seal the Declaration and Exhibits ("Application for a Sealing Order") submitted in support of the Motion to Compel. The Commission and McGraw-Hill have stipulated and agreed to the following briefing schedule for these two motions. A proposed order adopting the stipulation is attached.

3.  McGraw-Hill may serve papers in opposition to the Commission's Application for a Sealing Order on or before May 14, 2007.



RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The Commission may serve papers in reply to McGraw-Hill's opposition to the Commission's Application for a Sealing Order on or before May 21, 2007.

5. McGraw-Hill may serve papers in opposition to the Commission's Motion to Compel on or before June 1, 2007 ("Answer"). McGraw-Hill may also serve papers in support of any cross-motion it may make on or before June 1, 2007 ("Cross-Motion").

6. The Commission may serve papers in reply to McGraw-Hill's Answer and in opposition to any Cross Motion on or before June 15, 2007.

7. McGraw-Hill may serve any papers in reply to the Commission's opposition to any Cross Motion on or before June 29, 2007.

8. The parties also agree that facsimile signatures will be deemed original signatures for purposes of this stipulation.

Dated: May 10, 2007

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION

_/s/ Kim G. Bruno_

Kim G. Bruno (D.C. Bar No. 389899)
Kathleen M. Banar (Ill. Bar No. 6200597)
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000 (telephone)
202.418.5531 (facsimile)

DAVIS WRIGHT TREMAINE LLP

_/s/ Richard L. Cys_

Richard L. Cys (D.C. Bar No. 087536)
1919 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006-3402
(202) 973-4200 (telephone)
(202) 973-4499 (facsimile)

Victor A. Kovner, Esq.
Carolyn K. Foley, Esq,
Kevan Choset, Esq.
       (Admissions pending, *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, NY 10019 (212) 603-6472
(telephone)(212) 489-8340 (facsimile)

*Counsel for The McGraw-HillCompanies, Inc.*

## CERTIFICATE OF SERVICE

I, Kim G. Bruno, hereby certify that on May 10, 2007 I caused a copy of *Joint Motion And Stipulation Regarding Briefing Schedule* to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

Kim G. Bruno