IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------- x
In the Matter of An Application to              :
Enforce Administrative Subpoena of the          :
                                                :
U.S. Commodity Futures Trading Commission,      :
                                                :
                    Applicant,                  :
                                                :   Misc. Case No.:
v.                                              :   1:07-mc-00169-RMU
                                                :
The McGraw-Hill Companies, Inc.                 :
                                                :
                    Respondent.                 :
------------------------------------------------- x

## MOTION TO ADMIT VICTOR A. KOVNER, ESQUIRE
### *PRO HAC VICE*

COMES NOW, Richard L. Cys, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Victor A. Kovner, *pro hac vice*, as counsel for McGraw-Hill Companies, Inc. ("McGraw Hill") in this proceeding. As grounds therefore, movant states:

1. Mr. Kovner is a member in good standing of the Bars of the State of New York. He is also admitted to practice before the federal courts of Eastern and Southern Districts of New York and the United States Court of Appeals for the Second, Third and Seventh Circuit and the United States Supreme Court.

2. Mr. Kovner is an experienced attorney and litigator. He is a chosen representative of McGraw-Hill, and has represented McGraw-Hill in proceedings raising similar issues before this Court and the United States District Court for the Southern District of New York.

3. Mr. Kovner is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

RECEIVED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.      Movant is satisfied that Mr. Kovner possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Victor A. Kovner as *pro hac vice* as representative of Third Party The McGraw-Hill Companies, Inc. in this proceeding.

DATED this 15th day of May, 2007.

Respectfully submitted,

*/s/ Richard L. Cys*
Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006-3402
(202) 973-4200 (phone)
(202) 973-4499 (fax)

Counsel for Third Party The McGraw-Hill Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
In the Matter of An Application to          :
Enforce Administrative Subpoena of the      :
                                            :
U.S. Commodity Futures Trading Commission,  :
                                            :
                        Applicant,          :
                                            :  Misc. Case No.:
v.                                          :  1:07-mc-00169-RMU
                                            :
The McGraw-Hill Companies, Inc.             :
                                            :
                        Respondent.         :
---------------------------------------------------------------- x

**MEMORANDUM IN SUPPORT OF MOTION TO ADMIT
VICTOR A. KOVNER, ESQUIRE, *PRO HAC VICE***

In support of his Motion to Admit Victor A. Kovner, Esquire, *Pro Hac Vice*, movant respectfully cites Rule 83.2 of the Local Rules of this Court.

DATED this 15th day of May, 2007.

                                  Respectfully submitted,

                                  _____
                                  Richard L. Cys
                                  D.C. Bar No. 087536
                                  DAVIS WRIGHT TREMAINE LLP
                                  1919 Pennsylvania Avenue, NW
                                  Suite 200
                                  Washington, D.C. 20006-3402
                                  (202) 973-4200 (phone)
                                  (202) 973-4499 (fax)

                                  Counsel for Third Party The McGraw-Hill
                                  Companies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2007, copies of the foregoing Motion to Admit Victor A. Kovner, Esquire *Pro Hac Vice,* Declaration in Support, Memorandum in Support and proposed Order were served by first-class mail, postage prepaid, upon the following:

>Kathleen M. Banar, Esq.
>U.S. Commodity Futures Trading Commission
>Three Lafayette Centre
>1155 21st Street, NW
>Washington, DC 20581

Richard L. Cys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

In the Matter of An Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

        Applicant,

v.

The McGraw-Hill Companies, Inc.

        Respondent.

Misc. Case No.:
1:07-mc-00169-RMU

---

## ORDER ADMITTING VICTOR A. KOVNER, ESQUIRE
### *PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Victor A. Kovner, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Third Party The McGraw-Hill Companies, Inc. in this case.

DATED this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Kathleen M. Banar, Esq.
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Richard L. Cys, Esq.
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-3402