IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
In the Matter of An Application to                      :
Enforce Administrative Subpoena of the                  :
                                                        :
U.S. Commodity Futures Trading Commission,              :
                                                        :
                     Applicant,                         :
                                                        :   Misc. Case No.:
v.                                                      :   1:07-mc-00169-RMU
                                                        :
The McGraw-Hill Companies, Inc.                         :
                                                        :
                     Respondent.                        :
------------------------------------------------------- x
```

### MOTION TO ADMIT KEVAN CHOSET, ESQUIRE
### *PRO HAC VICE*

COMES NOW, Richard L. Cys, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Kevan Choset, *pro hac vice*, as counsel for McGraw-Hill Companies, Inc. ("McGraw Hill") in this proceeding. As grounds therefore, movant states:

1. Mr. Choset is a member in good standing of the Bars of the State of New York.

2. Mr. Choset is an experienced attorney and litigator. He is a chosen representative of McGraw-Hill.

3. Mr. Choset is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

4. Movant is satisfied that Mr. Choset possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Kevan Choset as *pro hac vice* as representative of Third Party The McGraw-Hill Companies, Inc. in this proceeding.

RECEIVED
MAY 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATED this 15th day of May, 2007.

                                          Respectfully submitted,

                                          */s/ Richard L. Cys*
                                          Richard L. Cys
                                          D.C. Bar No. 087536
                                          DAVIS WRIGHT TREMAINE LLP
                                          1919 Pennsylvania Avenue, NW
                                          Suite 200
                                          Washington, D.C. 20006-3402
                                          (202) 973-4200 (phone)
                                          (202) 973-4499 (fax)

                                          Counsel for Third Party The McGraw-Hill
                                          Companies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------- x
In the Matter of An Application to  :
Enforce Administrative Subpoena of the  :
                                    :
U.S. Commodity Futures Trading Commission,  :
                                    :
            Applicant,              :
                                    :     Misc. Case No.:
v.                                  :     1:07-mc-00169-RMU
                                    :
The McGraw-Hill Companies, Inc.     :
                                    :
            Respondent.             :
----------------------------------------------------------------- x

**MEMORANDUM IN SUPPORT OF MOTION TO ADMIT
KEVAN CHOSET, ESQUIRE, *PRO HAC VICE***

In support of his Motion to Admit Kevan Choset, Esquire, *Pro Hac Vice*, movant respectfully cites Rule 83.2 of the Local Rules of this Court.

DATED this 15th day of May, 2007.

                                    Respectfully submitted,

                                    /s/ Richard L. Cys
                                    Richard L. Cys
                                    D.C. Bar No. 087536
                                    DAVIS WRIGHT TREMAINE LLP
                                    1919 Pennsylvania Avenue, NW
                                    Suite 200
                                    Washington, D.C. 20006-3402
                                    (202) 973-4200 (phone)
                                    (202) 973-4499 (fax)

                                    Counsel for Third Party
                                    The McGraw-Hill Companies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2007, copies of the foregoing Motion to Admit Kevan Choset, Esquire *Pro Hac Vice,* Declaration in Support, Memorandum in Support and proposed Order were served by first-class mail, postage prepaid, upon the following:

Kathleen M Banar, Esq.
U.S. Commodity Futures trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

_____
Richard L. Cys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
In the Matter of An Application to       :
Enforce Administrative Subpoena of the   :
                                         :
U.S. Commodity Futures Trading Commission, :
                                         :
             Applicant,                  :
                                         :   Misc. Case No.:
v.                                       :   1:07-mc-00169-RMU
                                         :
The McGraw-Hill Companies, Inc.          :
                                         :
             Respondent.                 :
------------------------------------------------------------- x


**ORDER ADMITTING KEVAN CHOSET, ESQUIRE**
*PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Kevan Choset, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Third Party The McGraw-Hill Companies, Inc. in this case.

DATED this _____ day of _____, 2007.


                                              _____
                                              United States District Judge

Copies to:

Kathleen M. Banar, Esq.
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Richard L. Cys, Esq.
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006-3402