UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of an Application to )
Enforce Administrative Subpoena of the )
)
U.S. Commodity Futures Trading Commission, )
)
     Applicant, )
)
v. )
)
The McGraw-Hill Companies, Inc. )
)
     Respondent. )

Misc. 07-169

## ORDER SEALING THE DECLARATION AND EXHIBITS

  Applicant U.S. Commodity Futures Trading Commission ("Commission") having filed a Motion to Seal the Declaration and Exhibits, and the Court having considered the matter:

  (1) the Court has jurisdiction over the subject matter of this case pursuant to Section 6(c) of the Commodity Exchange Act, 7 U.S.C. § 15;

  (2) there is good cause to believe that public disclosure of the Declaration of Kathleen M. Banar and related exhibits would compromise the integrity and effectiveness of the ongoing Commission investigation and potentially and unnecessarily embarrass individuals and a publicly held corporation;

  (3) the public's right of access is strongly outweighed by the compelling interest of the Applicant in executing its law enforcement responsibilities and protecting the integrity of its on-going, non-public investigation; and

  (4) the request to seal is narrowly tailored to serve these interests.



THEREFORE IT IS HEREBY ORDERED that the Applicant's Motion to Seal the Declaration of Kathleen M. Banar ("Declaration") and Exhibits is GRANTED and that such Declaration and Exhibits shall be sealed until further Order of this Court.

SO ORDERED this 30th day of May, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 30, 2007