# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

                    Applicant,

        - against -

The McGraw-Hill Companies, Inc.,

                    Respondent.

Misc. Case No.:
1:07-mc-00169-RMU

---

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES
## OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for The McGraw-Hill Companies, Inc. certify that to the best of my knowledge and belief, The McGraw-Hill Companies, Inc. has no parent companies and that no publicly-held corporation owns 10% or more of its stock.

Dated: June 15, 2007

                                                                                     Respectfully submitted,

                                                                                          /s/    Richard L. Cys
                                                                        Richard L. Cys
                                                                        D.C. Bar No. 087536
                                                                        DAVIS WRIGHT TREMAINE LLP
                                                                        1919 Pennsylvania Avenue, NW
                                                                        Suite 200
                                                                        Washington, D.C. 20006-3402
                                                                        Telephone:    (202) 973-4200
                                                                        Facsimile:     (202) 973-4499

                                                                      *Attorneys for Respondent*
                                                                      *The McGraw-Hill Companies, Inc.*

Of Counsel:
Victor A. Kovner (*pro hac vice* admission pending)
Carolyn K. Foley (*pro hac vice* admission pending)
Kevan Choset (*pro hac vice* admission pending)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

Of Counsel:
William Farley, Esq.
Adam Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020