UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to ) <br> Enforce Administrative Subpoena of the ) <br> ) <br> U.S. Commodity Futures Trading Commission, ) <br> ) <br>               Applicant, ) <br> ) <br> v. ) <br> ) <br> The McGraw-Hill Companies, Inc. ) <br> ) <br>               Respondent. ) <br> ) | Case: 1:07-mc-00169 (MISC.) <br> Assigned To: Urbina, Ricardo M. |

**U.S. CFTC'S REQUEST FOR PERMISSION TO <u>WITHDRAW</u> THAT PORTION OF ITS JUNE 13, 2007 MOTION THAT THIS COURT TREAT ITS *APPLICATION* AS CONCEDED, AND FOR THIS COURT TO INSTEAD GRANT <u>THE ALTERNATIVE RELIEF REQUESTED IN THE JUNE 13, 2007 MOTION</u>**

The United States Commodity Futures Trading Commission ("Commission" or "CFTC"), by its counsel, respectfully requests that this Court (1) grant it permission to withdraw that portion of its June 13, 2007 Motion to treat as conceded its *Application for an Order to Show Cause and an Order Requiring Compliance with Administrative Subpoena* ("*Application*") by The McGraw-Hill Companies ("McGraw-Hill") and (2) instead grant the alternative relief requested in the June 13, Motion. In support, the Commission states:

1. On June 13, 2007, the Commission filed (and served on McGraw-Hill) its *Motion To Treat As Conceded Its Application For An Order to Show Cause and An Order Requiring Compliance With Administrative Subpoena* ("Motion"). The Motion was premised upon McGraw-Hill's then failure to file with this Court any Opposition to the *Application*.

1

2.  McGraw-Hill then filed (under seal) an Opposition to the *Application*, as well as a Cross-Motion, on June 14, 2007, and, on information and belief, provided this Court with a courtesy copy of the same.

3.  In light of McGraw-Hill's now filing its Opposition with this Court, and in the interest of ensuring that this Court is fully briefed as to each parties position with respect to the *Application*, the Commission has no further objection to this Court considering the Opposition, so long as the Commission is entitled to submit its reply memorandum to the Opposition within the time-frame set forth in Paragraph 13 of the Motion.

4.  Paragraph 13 of the Motion provides:

    > In the alternative, the Commission respectfully requests that this Court enter an Order (i) requiring McGraw-Hill to file with this Court any Opposition to the *Application* within twenty-four (24) hours of this Court's ruling on this Motion; and (ii) permitting the Commission to file a reply memorandum to any such Opposition to the *Application* five (5) business days after the Commission receives (a) notice that McGraw-Hill has filed such a document with this Court and (b) service upon the Commission of the document so filed.

5.  Simultaneous with the filing of this request, the Commission has filed its *Reply to McGraw-Hill's Opposition to The Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum and Partial Opposition to McGraw-Hill's Cross-Motion for Protective Order* **(Filed Under Seal)** ("Commission's Reply to McGraw-Hill's Opposition to Application, and Partial Opposition to McGraw-Hill's Cross Motion").

6.    Accordingly, the Commission respectfully requests that this Court enter an Order:

    (a)    Granting the alternative relief requested in Paragraph 13 of the Motion, and

    (b)    Accepting and deeming properly submitted to the Court the Commission's Reply to McGraw-Hill's Opposition to Application, and Partial Opposition to McGraw-Hill's Cross Motion.

Dated: June 21, 2007  
       Washington, D.C.

Respectfully submitted,

_/s/ Kathleen M. Banar_  
Kathleen M. Banar (Ill. Bar No. 6200597)  
Kim Bruno (D.C. Bar No. 389899)  
United States Commodity Futures  
Trading Commission  
1155 21st Street, N.W.  
Washington, D.C. 20581  
202.418.5000  
202.418.5531 (facsimile)

## CERTIFICATE OF SERVICE

I, Kathleen M. Banar, hereby certify that on June 21, 2007 I caused a copy of the *U.S. CFTC's Request For Permission to Withdraw That Portion Of its June 13, 2007 Motion to Treat the Application as Conceded, and For The Court to Instead Grant the Alternative Relief Requested In the June 13, 2007 Motion*, to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

_____
Kathleen M. Banar