UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoena of the<br><br>U.S. Commodity Futures Trading Commission,<br><br>　　　　　　Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.<br><br>　　　　　　Respondent. | Misc. Case No. 1:07-mc-00169 (RMU) |

**CORRECTED CERTIFICATE OF SERVICE**

I, Kathleen M. Banar, hereby certify that on April 30, 2007 I caused a copy of *Applicant's Motion to Seal the Declaration and Exhibits* and proposed *Order Sealing the Declaration and Exhibits* to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kathleen M. Banar