UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to )<br>Enforce Administrative Subpoena of the )<br>)<br>U.S. Commodity Futures Trading Commission, )<br>)<br>Applicant, )<br>v.   )<br>)<br>The McGraw-Hill Companies, Inc. )<br>)<br>Respondent. ) | Misc. case:  1:07-mc-00169 (RMU) |

## JOINT MOTION AND STIPULATION REGARDING BRIEFING SCHEDULE

1. Applicant U.S. Commodity Futures Trading Commission ("Commission") and Respondent McGraw-Hill Companies, Inc. ("McGraw-Hill") submit this joint stipulation and agreement wherein they agree to amend a briefing schedule previously agreed to and submitted to this Court. A proposed order adopting the stipulation is attached.

2. On April 30, 2007, the Commission filed an Application for An Order to Show Cause and An Order Requiring Compliance with Administrative Subpoena ("Motion to Compel").

3. Pursuant to the prior stipulation of the parties, McGraw-Hill served papers in opposition to the CFTC's Motion to Compel as well as a Cross-Motion for Entry of An Order Granting Alternative Relief on June 1, 2007. McGraw-Hill filed these papers with the Court, under seal, on June 14, 2007.

4. Pursuant to the prior stipulation of the parties, the Commission's reply papers in further support of its Motion to Compel and in Opposition to McGraw-Hill's Cross Motion were due to be served on June 15, 2007. Judge Urbina directed by minute order dated June 21, 2007,

that the Commission's reply papers in further support of its Motion to Compel and in Opposition to McGraw-Hill's Cross Motion may be served and filed on June 21, 2007.

5. Pursuant to the prior stipulation of the parties, McGraw-Hill's reply to the Commission's opposition to McGraw-Hill's Cross Motion was due to be served on or before June 29, 2007. Now, upon the granting of Judge Urbina's June 21, 2007 minute order extending the time for the CFTC to serve and file papers in Opposition to McGraw-Hill's Cross Motion, the parties, by the undersigned, hereby stipulate that the McGraw-Hill's reply to the Commission's opposition to McGraw-Hill's Cross Motion may be served and filed on July 6, 2007.

6. The parties also agree that facsimile signatures will be deemed original signatures for purposes of this stipulation.

Dated: June 26, 2007

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION

_____
Kim G. Bruno (D.C. Bar No. 389899)
Kathleen M. Banar (Ill. Bar No. 6200597)
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000 (telephone)
202.418.5531 (facsimile)

*Counsel for the United States Commodity Futures Trading Commission*

DAVIS WRIGHT TREMAINE LLP

/s/ Richard L. Cys
_____
Richard L. Cys (D.C. Bar No. 087536)
1919 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-3485
(202) 973-4200 (telephone)
(202) 973-4499 (facsimile)

Victor A. Kovner, Esq.*
Carolyn K. Foley, Esq,*
Kevan Choset, Esq.*
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, NY 10019
(212) 603-6472 (telephone)
(212) 489-8340 (facsimile)

*Counsel for The McGraw-HillCompanies, Inc.*

\* *Admission Pending Pro Hac Vice*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce Administrative Subpoena of the <br><br>U.S. Commodity Futures Trading Commission, <br><br>                Applicant, <br><br>v. <br><br>The McGraw-Hill Companies, Inc. <br><br>                Respondent. | Case: 1:07-mc-00169 (MISC.) <br> Assigned To: Urbina, Ricardo M. |

## **ORDER APPROVING BRIEFING SCHEDULE**

For good cause shown, the parties' amended briefing schedule is approved.

It is so ordered.

_____

Dated

                                                              Ricardo M. Urbina
                                                              United States District Court Judge