UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to<br>Enforce Administrative Subpoena of the<br><br>U.S. Commodity Futures Trading Commission,<br><br>                Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.<br><br>                Respondent. | Case: 1:07-mc-00169 (MISC.)<br>Assigned To: Urbina, Ricardo |

## NOTICE OF FILING

PLEASE TAKE NOTICE: that on August 10, 2007, the United States Commodity Futures Trading Commission filed with the Clerk of Court for the District Court for the District of Columbia *CFTC's Reply to McGraw-Hill's Response to CFTC's Supplemental Filing of July 26, 2007* (filed under seal) and on August 9, 2007 was served upon:

The McGraw-Hill Companies, Inc.
Carolyn K. Foley, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019.

Dated: August 10, 2007  
Washington, D.C.

Respectfully submitted,

*Kathleen M. Banar /knt*

Kathleen M. Banar (Ill. Bar No. 6200597)  
Kim Bruno (D.C. Bar No. 389899)  
United States Commodity Futures  
Trading Commission  
1155 21st Street, N.W.  
Washington, D.C. 20581  
202.418.5000  
202.418.5531 (facsimile)

CERTIFICATE OF SERVICE

    I, Anne M. Termine, hereby certify that on August 9, 2007 I caused a copy of the foregoing (1) the Notice of Filing and (2) the document referred to therein, *i.e.*, *CFTC's Reply to McGraw-Hill's Response to CFTC's Supplemental Filing Of July 26, 2007* **(Filed Under Seal)**, to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

*[signature]*

Anne M. Termine (La. Bar No. 26530)
United States Commodity Futures
Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000
202.418.5531 (facsimile)