UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to )<br>Enforce Administrative Subpoena of the )<br> )<br>U.S. Commodity Futures Trading Commission, )<br> )<br>Applicant, )<br> )<br>v. )<br> )<br>The McGraw-Hill Companies, Inc. )<br> )<br>Respondent. )<br>_____ ) | Case: 1:07-mc-00169 (MISC.)<br>Assigned To: Urbina, Ricardo |

**U.S. COMMODITY FUTURES TRADING COMMISSION'S MOTION FOR
LEAVE TO FILE POINTS OF AUTHORITIES IN SUPPORT OF MAINTAINING
THE SEAL ORDER AND ITS REQUEST FOR A HEARING ON THE
*APPLICATION* TO COMPEL COMPLIANCE WITH ADMINISTRATIVE
SUBPOENA**

The U.S. Commodity Futures Trading Commission ("Commission" or "CFTC") submits this motion for leave to file its memorandum in support of maintaining the seal order entered by this Court on May 30, 2007 ("May 30 Seal Order") and its request for a hearing on the Commission's *Application For An Order To Show Cause and An Order Requiring Compliance with Administrative Subpoena ("Application")* (issued by the Commission to The McGraw-Hill Companies, Inc. ("McGraw-Hill") on December 15, 2007 (the "Subpoena")), and states:

  1.   On July 26, 2007, the Commission filed supplemental papers notifying this Court that it had, that same day, filed a Complaint for Permanent Injunctive and Other Relief in the District Court for the Northern District of Texas ("Complaint"), captioned: *United States Commodity Futures Trading Commission vs. Energy Transfer*

1

*Partners, L.P., et. al.*, Civil Docket Number 3:07-cv-01301 (Kinkeade, J.) (Energy Transfer Partners, L.P., *et. al* are collectively referred to as "ETP"). The Commission attached a copy of the Complaint to its supplemental filing.

2.    In its response to the supplemental filing, McGraw-Hill filed its own supplement ("McGraw-Hill Response"), arguing, among other things, that these two public filings purportedly (i) "render unnecessary" this Court's May 30 Seal Order, and (ii) demonstrate why the Commission purportedly does not need the information requested in the Subpoena. McGraw-Hill Response at ¶ 3.

3.    On August 10, 2007, the Commission filed with this Court it's *Reply to McGraw-Hill's Response to CFTC's Supplemental Filing of July 26, 2007* ("Commission's Reply"), and requested that the Court permit the Commission to file by Thursday, August 16, 2007, a document identifying for the Court and McGraw-Hill all exhibits or other information, if any, contained in its prior submissions that it believes should remain under seal.

4.    Despite its best efforts to meet the August 16, 2007 deadline to file its memorandum in support of maintaining the May 30 Seal Order and its request for a hearing on its Application, the Commission was unable to do so.

5.    Accordingly, the Commission seeks leave to file its memorandum in support of maintaining the May 30 Seal Order and its request for a hearing on its Application one day beyond the August 16, 2007 deadline (*i.e.*, until August 17, 2007) (the filing is attached hereto).

6.    The Court should grant the Commission's motion for leave because clearly McGraw-Hill will suffer no prejudice due to a one day delay in filing the

Commission's memorandum in support of maintaining the May 30 Seal Order and its request for a hearing on its Application.

7.  On August 17, 2007, the Commission conferred with McGraw-Hill regarding its motion for leave and provided it a copy of its motion along with its memorandum in support of maintaining the May 30 Seal Order and its request for a hearing on its Application. At this time, McGraw-Hill would only consent to the motion for leave if the Commission simultaneously would agree to consent to McGraw-Hill filing a response to the Commission's memorandum in support and its request for a hearing no later than September 6, 2007. The Commission declined McGraw-Hill's request.

8.  Accordingly, notwithstanding any opposition to the motion for leave by McGraw-Hill, the Commission respectfully requests that the Court grant its motion for leave to file its memorandum in support of maintaining the May 30 Seal Order and its request for a hearing on the Commission's Application.

Dated: August 17, 2007
Washington, D.C.

Respectfully submitted,

Kathleen M. Banar (Ill. Bar No. 6200597)
Kim Bruno (D.C. Bar No. 389899)
United States Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000
202.418.5531 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

            Applicant,

v.

The McGraw-Hill Companies, Inc.

            Respondent.

Case: 1:07-mc-00169 (MISC.)
Assigned To: Urbina, Ricardo

## NOTICE OF FILING

PLEASE TAKE NOTICE that on August 17, 2007, the United States Commodity Futures Trading Commission filed with the Clerk of Court for the District Court for the District of Columbia **under seal pursuant to the Court's May 30, 2007 Order** the *U.S. Commodity Futures Trading Commission's Points And Authorities In Support Of Maintaining The Seal Order And Its Request For A Hearing On The Application To Compel Compliance With Administrative Subpoena.*

PLEASE TAKE FURTHER NOTICE that on August 17, 2007, the United States Commodity Futures Trading Commission filed with the Clerk of Court for the District Court for the District of Columbia the *U.S. Commodity Futures Trading Commission's Motion For Leave To File Its Points And Authorities In Support Of Maintaining The Seal Order And Its Request For A Hearing On The Application To Compel Compliance With Administrative Subpoena.*

Both the *U.S. Commodity Futures Trading Commission's Points And Authorities* and *Motion for Leave* were served upon the following on August 17, 2007:

The McGraw-Hill Companies, Inc.
Carolyn K. Foley, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019.

Dated: August 17, 2007
Washington, D.C.

Respectfully submitted,

Kathleen M. Banar (Ill. Bar No. 6200597)
Kim Bruno (D.C. Bar No. 389899)
United States Commodity Futures
Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000
202.418.5531 (facsimile)

CERTIFICATE OF SERVICE

    I, James W. Deacon, hereby certify that on August 17, 2007 I caused a copy of the foregoing (1) *Notice of Filing* ,(2) *U.S. Commodity Futures Trading Commission's Points And Authorities In Support Of Maintaining The Seal Order, And Its Request For A Hearing On The Application To Compel Compliance With Administrative Subpoena*, and (3) *U.S. Commodity Futures Trading Commission's Motion For Leave To File Its Points And Authorities In Support Of Maintaining The Seal Order, And Its Request For A Hearing On The Application To Compel Compliance With Administrative Subpoena*, to be served by Federal Express on counsel for The McGraw-Hill Companies, Inc., Carolyn K. Foley, Esq., Davis Wright Tremaine LLP, 1633 Broadway, New York, New York 10019.

 

_____
James W. Deacon (D.C. Bar No 476216)
United States Commodity Futures
Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5000
202.418.5531 (facsimile)