UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to<br>Enforce Administrative Subpoena of the<br><br>U.S. Commodity Futures Trading Commission,<br><br>                      Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.<br><br>                      Respondent. | Misc Case: 1:07-mc-00169 (RMU) |

**MCGRAW-HILL'S MOTION FOR LEAVE TO FILE OPPOSITION
PAPERS TO THE CFTC'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MAINTAINING THE SEALING ORDER**

The McGraw-Hill Companies, Inc. ("McGraw-Hill") submits this motion for leave to file a memorandum of points and authorities, by September 6, 2007, in opposition to the United States Commodity Futures Trading Commission's ("CFTC") memorandum of points and authorities of August 17, 2007 ("CFTC Memorandum") and states:

1.   On July 26, 2007, the CFTC filed with the Court a "Supplemental Filing" notifying the Court that, as a result of information learned during the investigation that is the subject of the instant motion to compel, it had filed a Civil Complaint against Energy Transfer Partners, L.P. ("ETP"), the company at the center of the investigation. This "Supplemental Filing" summarizes the allegations made in this Civil Complaint against ETP and argues that the filing of this Complaint provided further support for the pending motion to compel.

2.   On August 2, 2007, McGraw-Hill filed a response to this Supplemental Filing, providing the Court with the Order to Show Cause filed by the Federal Energy Regulatory

1

Commission ("FERC"), which had been filed contemporaneously with the CFTC's Complaint and noting that McGraw-Hill disagreed with the CFTC's argument that these filings supported the CFTC's underlying motion to compel that is pending before this Court. McGraw-Hill also noted, however, that in light of these two public filings, there did not seem to be any further need to keep the motion papers on this motion to compel secret and under seal. Noting that the parties disagreed as to the inferences to be drawn by the fact of these two new filings, McGraw-Hill requested this Court's guidance as to whether additional argument on these matters would be helpful to the Court and, if so, whether such additional argument should be written or oral.

3. On August 10, 2007, the CFTC filed with the Court a "Reply to McGraw-Hill's Response," stating that while the matter of the investigation into ETP was now public, it wished for more time to review the sealed documents in order to determine if any of them still needed to remain sealed. Accordingly, the CFTC requested permission to file, by August 16, 2007, "a document identifying for this Court and McGraw-Hill all exhibits or other information, if any, contained in its prior submissions that it believes should remain under seal."

4. The CFTC did not file any papers with this Court on August 16, 2007.

5. On August 17, 2007, the CFTC filed a motion for leave to file its supplemental papers one day late, on August 17, 2007 instead of August 16, 2007.

6. Further, without waiting for guidance from this Court as to whether additional briefing would be useful to this Court, the CFTC filed "Points of Authorities in Support of Maintaining the Seal Order and its Request for a Hearing on the *Application* to Compel Compliance with Administrative Subpoena." This document is not merely a "document identifying… all exhibits… [the CFTC] believes should remain under seal," but rather is a

substantive eight-page brief, arguing both that the sealing order should remain in place *and* making additional substantive arguments in support of the underlying motion to compel.

7. Pursuant to Local Rule 7(b), McGraw-Hill is entitled to serve and file a memorandum of points and authorities in opposition to the CFTC's memorandum within 11 days of the CFTC's filing (*i.e.*, by August 28, 2007).

8. After receiving the CFTC's papers on August 17, 2007, in the interest of avoiding the need for judicial intervention and wasting court resources, McGraw-Hill indicated to the CFTC that McGraw-Hill would not object to the CFTC's late filing of the August 17, 2007 CFTC Memorandum as long as the CFTC would allow McGraw-Hill until September 6, 2007 to file its opposition memorandum with the Court. Carolyn Foley, counsel for McGraw-Hill, advised James Deacon of the CFTC that this time was needed because she and others involved in this motion would be on vacation in the latter part of August. (Indeed, Ms. Foley left the office for her vacation in Europe that very day.) Mr. Deacon advised that the request should not be a problem, but that he would need to check with his superiors.

9. However, in an email of August 17, 2007 at 1:38 PM, the CFTC wrote to this firm, "Unfortunately we cannot agree to your request for a reply to the CFTC's memorandum in support." The CFTC appears to be indicating that, despite the clear language of Local Rule 7(b), it believes McGraw-Hill should not be granted the opportunity to oppose the CFTC's Memorandum.

10. Accordingly, McGraw-Hill is forced to turn to the Court to request what Local Rule 7(b) explicitly grants: the opportunity to submit a memorandum of law opposing the CFTC's memorandum. Alternatively, if this Court does not believe that additional briefing is

necessary in this matter, McGraw-Hill respectfully requests that this Court strike the CFTC's filing of August 17, 2007.

WHEREFORE, McGraw-Hill respectfully requests that the Court grant its motion for leave to file a Memorandum in opposition to the CFTC Memorandum by September 6, 2007.

Dated: August 22, 2007

    Respectfully submitted,

    s/ Richard L. Cys
    Richard L. Cys
    D.C. Bar No. 087536
    DAVIS WRIGHT TREMAINE LLP
    1919 Pennsylvania Avenue, NW
    Suite 200
    Washington, D.C. 20006-3402
    (202) 973-4200 (phone)
    (202) 973-4499 (fax)
    *Counsel for Respondent The McGraw-Hill Companies, Inc.*

    Of Counsel:
    Victor A. Kovner (*pro hac vice* admission pending)
    Carolyn K. Foley (*pro hac vice* admission pending)
    Kevan D. Choset (*pro hac vice* admission pending)
    DAVIS WRIGHT TREMAINE LLP
    1633 Broadway
    New York, New York 10019
    Telephone: (212) 489-8230
    Facsimile: (212) 489-8340
    Email: carolynfoley@dwt.com

Of Counsel:
William P. Farley, Esq.
Adam H. Schuman, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, New York 10020

## CERTIFICATE OF SERVICE

      I, Kevan Choset, hereby certify that on August 22, 2007 I caused a copy of McGraw-Hill's Motion for Leave to File Opposition Papers to be served by Federal Express upon:

      Kathleen Banar, Esq.
      U.S. Commodity Futures Trading Commission
      1155 21st Street, N.W.
      Washington, D.C. 20581
      Email: kbanar@cftc.gov

_____
Kevan Choset

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to ) <br> Enforce Administrative Subpoena of the ) <br> ) <br> U.S. Commodity Futures Trading Commission, ) <br> ) <br> Applicant, ) <br> ) <br> v. ) <br> ) <br> The McGraw-Hill Companies, Inc. ) <br> ) <br> Respondent. ) | Misc Case: 1:07-mc-00169 (RMU) |

**ORDER**

For good cause shown, the Motion of The McGraw-Hill Companies, Inc. regarding its Opposition to the CFTC's Memorandum of August 17, 2007, is granted.

It is so ordered.

_____  _____
Dated                                                                        Ricardo M. Urbina
                                                                                      United States District Court Judge