UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of an Application to Enforce Administrative Subpoena of the | : : : | |
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : : : | |
| Applicant, | : : | Misc. Case No.: 07-00169 (RMU) |
| v. | : : | Document Nos.: 1, 11, 18 |
| THE MCGRAW-HILL COMPANIES, INC., | : : | |
| Respondent. | : | |

## ORDER

For the reasons stated in the contemporaneously issued memorandum order, it is this 27th day of August 2007

**ORDERED** that McGraw-Hill's motion for leave to file a sur-reply is **DENIED**;

**ORDERED** that the Commission's motion for an order requiring compliance with an administrative subpoena is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that McGraw-Hill's cross-motion for a protective order is **GRANTED IN PART** and **DENIED IN PART**; it is

**SO ORDERED**.

                                                                     **RICARDO M. URBINA**
                                                                    United States District Judge